UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **KOBRA DADFAR, ESMAIL ROOSTAIE,** *Plaintiffs* | § § § |
| | §   No. 1:20-CV-00071-DH |
| v. | § § |
| **LIBERTY MUTUAL INSURANCE COMPANY,** *Defendant* | § § § § |

# ORDER

Before the Court is Defendant Liberty Mutual Insurance Company's Trial Brief on Concurrent Causation and Plaintiffs' Burden to Segregate Damages, Dkt. 64, and Motion in Limine, Dkt. 66. Because the matters Liberty raises in these filings involve rulings that the Court will make at the final pretrial conference scheduled to take place the morning of Monday, January 9, 2023, the Court invites Plaintiffs to respond in writing prior to the hearing. In particular, the Court seeks Plaintiffs' position regarding (1) its burden to segregate damages between covered and non-covered causes of their alleged loss, *see* Dkt. 64, at 3-5; (2) the necessity of expert testimony to establish this segregation, *see id.*, at 5; and (3) Liberty's MILs 1, 2, and 5, Dkt. 66.

Accordingly, the Court **ORDERS** Plaintiffs to file their response by end-of-day Wednesday, January 4, 2023. If Plaintiffs do not respond by this deadline, the Court will treat the matters as unopposed.

1

SIGNED December 29, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE